# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Ventura SÁNCHEZ RIVAS | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| GLZ EXCAVATING, INC., and | ) | CIVIL ACTION CASE NUMBER: |
| MARGARITO BERNAL GONZALEZ D/B/ | ) | |
| A GLZ EXCAVATING | ) | 2:18-CV-01914-TMP |
| Defendants. | ) | |

Summons in a Civil Action

To: *(Defendant's name and address)*

MARGARITO BERNAL GONZÁLEZ, d/b/a GLZ EXCAVATING
8 HOUSTON ROAD, NW
BIRMINGHAM, AL 35215-1108

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Vicenta Bonet Smith, Esq.
BONET & SMITH, PC
3499 Independence Drive, Birmingham, AL 35209

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

**NOV 21 2018**

DATE:_____

SHARON N. HARRIS, CLERK
By: Pamela Cook
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Ventura SÁNCHEZ RIVAS | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| GLZ EXCAVATING, INC., and | ) | CIVIL ACTION CASE NUMBER: |
| MARGARITO BERNAL GONZALEZ D/B/ | ) | |
| A GLZ EXCAVATING | ) | 2:18-CV-01914-TMP |
| Defendants. | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

GLZ EXCAVATING, INC
8 HOUSTON ROAD, NW
BIRMINGHAM, AL 35215-1108

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within ____21____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Vicenta Bonet Smith, Esq.
BONET & SMITH, PC
3499 Independence Drive, Birmingham, AL 35209

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

**NOV 21 2018**

DATE:_____

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK

By: *Pamela Cook*

Deputy

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203